TO: MR Abel ACOSTA

FROM: MR. Dwight Hines

Re: Correspondence/ Questions

6-22-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

Hello, Sir,
May God bless you, your family, members there, their families And All other State officials/families

Sir, How Are you? Myself trying to find out what's going on As I And my seek to rectify this bogus case I have been wrongly Convicted of.

Sir, First of All I truly thank you for your response And the info you gave me, However I AM NOT Clear About it. I havent heard Anything from the Chief Public Defender's Attorney Angela Moore or the Attorney Lori Rodriguez there who filed the PDR, I don't have the New or Correct Address in San Antonio, So, 11/5/2010 PDR filed in your Court, was refused 12/8/2010 then the Record was returned to your Court 1/6/2011, was does that mean? Because I Am trying to see if A Writ of Habeas Corpus needs to be filed Now or later, etc. Family Called 210-335-6701 was told nothing About the PDR or is Anything going to be filed on my behalf towards this bogus case I'm incarcerated for
Sir, I Appreciate Any info or lead me in the Correct direction to find out, etc. Also Thank you for your time And Assistance, God bless/Take Care
Sincerely
D. Hines